JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECT ENERGY BUSINESS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA ASPHALT PRODUCTION, INC., f/k/a GREKA REFINING COMPANY,<br><br>    Defendant. | CV 23-4443 PA (RAOx)<br><br>JUDGMENT |

    Pursuant to this Court's December 11, 2023 Minute Order granting the Motion for Default Judgment against Defendant California Asphalt Production, Inc., f/k/a Greka Refining Company ("Defendant") filed by plaintiffs Direct Energy Business, LLC and Direct Energy Business Marketing, LLC (collectively, "Plaintiffs"), it is hereby ORDERED, ADJUDGED, AND DECREED:

    1.    Plaintiffs shall have judgment in their favor and against Defendant;

    2.    Plaintiffs shall recover from Defendant $843,386.61 in contractual damages (plus pre-judgment interest at a rate of 0.833% per month), $20,467.73 in attorneys' fees, and $2,146.19 in costs; and

    3.    Plaintiffs are entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: December 11, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

-2-